IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TONY TERRELL BUNTON                                                           PLAINTIFF

v.                                                                           NO. 3:09CV80-M-D

GLOBAL ENTERPRISE ORGANIZATION
GEO GROUP, INC., ET AL.                                                     DEFENDANTS

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated January 19, 2010, and the February 1, 2010, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated January 19, 2010, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That defendants Global Enterprise, Stevenson, and Perry are **DISMISSED** with prejudice from this case.

3. That the plaintiff's claims against the remaining defendants will **PROCEED**.

THIS, the 4th day of February, 2010.

/s/ MICHAEL P. MILLS
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**